

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

| | |
|---|---|
| Appellate case name: | Industrial Specialists, LLC v. Blanchard Refining Company LLC and Marathon Petroleum LP |
| Appellate case number: | 01-19-00514-CV |
| Date Motion Filed: | October 4, 2019 |
| Party Filing Motion: | Appellant, Industrial Specialists, LLC |

A majority of the panel has voted to **deny** rehearing. *See* TEX. R. APP. P. 49.3.

Judge's signature: _____/s/ Sherry Radack_____
☐ Acting individually    ☒ Acting for the Court

Date: ___January 23, 2020___